**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6362**

---

SAMUEL STEWARD,

                    Plaintiff - Appellant,

    versus

JEFF BROGDEN, Wateree River Correctional
Institution Dairy,

                    Defendant - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Greenwood. Cameron McGowan Currie, District Judge. (CA-99-656-9-22)

---

Submitted: July 27, 2000        Decided: August 3, 2000

---

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Samuel Steward, Appellant Pro Se. Robert Eric Petersen, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Samuel Steward appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Steward v. Brogden, No. CA-99-656-9-22 (D.S.C. Feb. 23, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

_____

[*] Although the district court's order is marked as "filed" on February 18, 2000, the district court's records show that it was entered on the docket sheet on February 23, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).